29 So.3d 343 (2010)
OFFICE OF FINANCIAL REGULATION, Appellant,
v.
Robert G. NASH, Appellee.
No. 5D09-1099.
District Court of Appeal of Florida, Fifth District.
January 26, 2010.
Rehearing Denied March 11, 2010.
Robert J. Sniffen and Todd D. Engelhardt, of Sniffen & Spellman, P.A., Tallahassee, for Appellant.
Edward R. Gay, Orlando, for Appellee.
*344 PER CURIAM.
AFFIRMED. See Rehman v. Florida Dep't of Law Enforcement, 681 So.2d 854 (Fla. 5th DCA 1996).
SAWAYA, LAWSON and COHEN, JJ., concur.